IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASSANDRA COLVILLE,
an individual

       Plaintiff,

vs.                                     Case No.: 4:07-CV-140-SPM

PHARMACIA & UPJOHN
COMPANY LLC, a Florida
Limited Liability Corporation,

       Defendant.
_____/

## ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE

THIS CAUSE comes for consideration upon the Court's own motion. This matter is set to be tried on July 21, 2008. Given that the Defendant's motion for summary judgment is still pending, and may prove to be dispositive, the undersigned finds that it is appropriate to continue the proceedings. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. The pretrial conference scheduled for July 7, 2008, will now take place on **Monday, August 4, 2008** at 1:30 p.m. in Gainesville, Florida.

2. The scheduled trial date for this matter will now be **August 18,**

**2008** at 8:30 a.m. in Tallahassee, Florida.

SO ORDERED this <u>third</u> day of July, 2008.

    *s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge